# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTIAN HARDING, PATRICIA GIRAMMA, RONALD WELCH and LISA HARBOUR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHCOAST HOSPITALS GROUP, INC., THE BOARD OF DIRECTORS OF SOUTHCOAST HOSPITALS GROUP, INC., THE INVESTMENT COMMITTEE OF SOUTHCOAST HOSPITALS GROUP and JOHN DOES 1-30.<br><br>Defendants. | **CIVIL ACTION NO.**:<br>**1:20-cv-12216-LTS** |

## PLAINTIFFS CHRISTIAN HARDING, PATRICIA GIRAMMA, RONALD WELCH, AND LISA HARBOUR'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, APPROVAL OF PLAN OF ALLOCATION, AND SCHEDULING OF A FAIRNESS HEARING

Christian Harding, Patricia Giramma, Ronald Welch, and Lisa Harbour (together, "Plaintiffs"), participants in the Southcoast Health System Partnership Plan (the "Plan"), respectfully submit this Unopposed motion for Preliminary Approval of Class Action Settlement Agreement entered into with Defendants[1] (the "Settlement" or "Settlement Agreement"), Preliminary Certification of Settlement Class, Approval of Class Notice, Approval of Plan of Allocation, and Scheduling of a Fairness Hearing ("Motion for Preliminary Approval") and respectfully move this Court for an Order granting the relief sought. The grounds for this motion

---

[1] "Defendants" refers, collectively, to Southcoast Hospitals Group, Inc. ("Southcoast"), The Board of Directors of Southcoast Hospitals Group, Inc. (the "Board"), and The Investment Committee of Southcoast Hospitals Group (the "Committee") (collectively, the "Defendants").

are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

A Proposed Order is submitted herewith.

Dated: November 19, 2021    Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
Gabrielle Kelerchian, Esquire
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile:  (717) 233-4103
Email: markg@capozziadler.com
        gabriellek@capozziadler.com

**CAPOZZI ADLER, P.C.**
Donald R. Reavey, Esquire
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2021, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.


By: *Mark K. Gyandoh*
Mark K. Gyandoh, Esq.