**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHRISTIAN HARDING, PATRICIA GIRAMMA, RONALD WELCH and LISA HARBOUR, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SOUTHCOAST HOSPITALS GROUP, INC., THE BOARD OF DIRECTORS OF SOUTHCOAST HOSPITALS GROUP, INC., THE INVESTMENT COMMITTEE OF SOUTHCOAST HOSPITALS GROUP and JOHN DOES 1-30. <br><br> Defendants. | **CIVIL ACTION NO**.: <br> **1:20-cv-12216-LTS** |

**PLAINTIFFS CHRISTIAN HARDING, PATRICIA GIRAMMA, RONALD WELCH, AND LISA HARBOUR'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND CASE CONTRIBUTION AWARDS FOR THE NAMED PLAITNIFFS**

Christian Harding, Patricia Giramma, Ronald Welch, and Lisa Harbour (together, "Plaintiffs"), participants in the Southcoast Health System Partnership Plan (the "Plan"), respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1. Granting class counsel attorneys' fees in the amount of $666,600.00 which represents 33 1/3% of the settlement amount;

2. Directing reimbursement to Class Counsel in the amount of $11,465.54 of expenses incurred in the prosecution of the action;

3. Awarding case contribution award of $10,000.00 to each of the four Named Plaintiffs (Christian Harding, Patricia Giramma, Ronald Welch, and Lisa Harbour); and

4. For such other relief as the Court may deem just and proper.

A proposed form of Order is submitted hereto.

1

The grounds for this Motion are set forth in the following documents filed contemporaneously herewith:

A.	Memorandum of Law in Support of Plaintiffs' Motion For Award of Attorneys' Fees and Reimbursement of Expenses, and Case Contribution Awards to the Named Plaintiffs;

B.	Declaration of Mark K. Gyandoh in Support of Plaintiffs' Motion for Final Approval of Settlement and In Support of Motion for An Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards for the Named Plaintiffs;

C.	Declaration of Named Plaintiff Christian Harding in Support of Plaintiffs' Motion for Final Approval of Settlement and In Support of Motion for An Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards for the Named Plaintiffs;

D.	Declaration of Named Plaintiff Patricia Giramma In Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards to the Named Plaintiffs; and

E.	Declaration of Named Plaintiff Ronald Welch In Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards to the Named Plaintiffs.

F.	Declaration of Named Plaintiff Lisa Harbour In Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards to the Named Plaintiffs.

A Proposed Order is submitted herewith.

Dated: February 23, 2022				Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*

        Mark K. Gyandoh, Esquire
Gabrielle Kelerchian, Esquire
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
        gabriellek@capozziadler.com

**CAPOZZI ADLER, P.C.**
Donald R. Reavey, Esquire
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2022, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                                  By:  *Mark K. Gyandoh*
                                           Mark K. Gyandoh, Esq.